```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111

 4  Attorney for
    KOCT DYSOM
 5
```

**FILED**

AUG 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KOCT DYSOM,<br><br>    Defendant. | Case No. 06 CR 0313 LJO<br><br>ORDER TO EXONERATE BOND |

IT IS HEREBY ORDERED that the bond posted in the above-referenced matter be exonerated, and returned to the owner thereof.

DATED: Aug 27, 2009

                                        LAWRENCE J. O'NEILL
                                      Judge,
                                      U.S. District Court

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111